1

Hon. Benjamin H. Settle

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

10

KENNETH RAWSON, an individual,

No. 3:17-cv-05342-BHS

11

Plaintiff,

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

12

v.

13

14

RECOVERY INNOVATIONS, INC., a
corporation, SAMI FRENCH, an individual,
JENNIFER CLINGENPEEL, an individual,
VASANT HALARNAKAR, an individual,

15

16

Defendants.

17

18

19

**STIPULATION**

20

21

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants, by and through their

22

authorized and undersigned attorneys, stipulate to the dismissal of Plaintiff's claims against

23

Defendants, with prejudice and with each side bearing its own attorney's fees and costs.

24

STIPULATED AND AGREED this 30th day of December, 2022.

25

26

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1

No. 3:17-cv-05342-BHS

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791

1    LYBECK PEDREIRA & JUSTUS, PLLC    MACDONALD HOAGUE & BAYLESS

2

3    By: _/s/ Benjamin Justus_____          By: _/s/ Jesse Wing_____
     Benjamin Justus (WSBA # 38855)         Jesse Wing, WSBA #27751
4    Attorneys for Defendants               Attorneys for Plaintiff
     Fifth Floor – Chase Bank Building      705 Second Avenue, Suite 1500
5    7900 SE 28th Street                     Seattle, WA 98104
     Mercer Island, WA 98040                Phone: (206) 622.1604
6    (206) 230-4255 /phone                  Fax: (206) 343.3961
     (206) 230-7791 /fax                    JesseW@MHB.com
7    ben@lpjustus.com

8

9

10

11                                    **ORDER**

12        Based on the foregoing stipulation of the parties, and the Court being fully advised in the

13   premises and finding good cause; now, therefore, it is hereby

14        **ORDERED** that this action is dismissed, with prejudice and with each side bearing its own

15   attorney's fees and costs.

16        Dated this 3rd day of January, 2023.

17

18

19

20        BENJAMIN H. SETTLE
          United States District Judge

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2

No. 3:17-cv-05342-BHS